UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LARRY PIONE<br>         Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS PORT<br>AUTHORITY<br>         Defendant. | )<br>)<br>)<br>)<br>)     **Civil Action No. 04 12177 MLW**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Massachusetts Port Authority in the above-referenced matter.

                                                            Respectfully submitted,

                                                            MASSACHUSETTS PORT AUTHORITY
                                                            By its Attorney,


                                                             /s/      William V. Hoch
                                                            William V. Hoch, Esquire
                                                            B.B.O. #546645
                                                            Massachusetts Port Authority
                                                            One Harborside Drive – Suite 200S
                                                            East Boston, Massachusetts  02128
                                                            (617) 568-3142

Dated:  December 14, 2004