UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT AUTHORITY, | ) |
| | ) |
|     Defendant | ) |

**JOINT MOTION TO EXTEND THE TIME FOR THE DEFENDANT
TO REPLY TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

The plaintiff and the defendant by and through their counsel conferred with regard to the plaintiff's filing of his first amended complaint. The first amended complaint is filed as or right in that it is filed before any responsive pleading. However, it was mutually agreed between the parties that the Defendant shall have twenty days from the filing of the first amended complaint to respond to the same.

Wherefore, the parties respectfully request that this Honorable Court permit the Defendant twenty days from this date to respond to the plaintiff's first amended complaint, which was filed this the 16th day of December, 2004.

Respectfully Submitted
For the Plaintiff Larry Pione

By his counsel

_/s/ Elise A. Brassil_
Elise A. Brassil
BBO#641411
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110
617 227-5800

Respectfully Submitted
For the Defendant the Massachusetts Port Authority

By its counsel

_/s/ William Hoch_
William Hoch
BBO#546645
Senior Employment Counsel
The Massachusetts Port Authority
One Harborside Drive
Boston, MA 02118
617 568-3142