UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY PIONE )<br>   Plaintiff, )<br>  )<br>vs. )<br>  )<br>MASSACHUSETTS PORT )<br>AUTHORITY )<br>   Defendant. ) | **Civil Action No. 04 12177 MLW** |

**ASSENTED TO MOTION TO EXTEND
TIME TO FILE RESPONSIVE PLEADING**

Now comes the Defendant, Massachusetts Port Authority, and through its attorney moves that the date for filing its responsive pleading to Plaintiff's First Amended Complaint be extended from January 5, 2005 until January 14, 2005. As grounds for this request, the Defendant states that additional time is needed to address all issues in Plaintiff's First Amended Complaint. Defense counsel conferred with Plaintiff's counsel and Plaintiff assents to this motion.

Respectfully submitted,

MASSACHUSETTS PORT AUTHORITY
By its Attorney,


/s/   William V. Hoch
William V. Hoch, Esquire
B.B.O. #564465
Massachusetts Port Authority
One Harborside Drive – Suite 200S
East Boston, Massachusetts  02128
(617) 568-3142

Dated: January 5, 2005

- 2 -

**CERTIFICATE OF SERVICE**

    I, William V. Hoch, hereby certify that on this 5th day of January, 2005, a true and accurate copy of the foregoing **Assented to Motion to Extend Time to File Responsive Pleading** was served on the Plaintiff's counsel of record by mailing first-class mail, postage prepaid to Elise A. Brassil, Esquire, Sarrouf, Tarricone & Flemming, 95 Commercial Wharf, Boston, Massachusetts 02110.

    /s/    William V. Hoch
           WILLIAM V. HOCH