COMMONWEALTH OF MASSACHUSETTS

MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

DKT NO. 02BEM02528

LARRY PIONE,                    )
    Complainant,                )
                                )
V.                              )
                                )
MASSACHUSETTS PORT AUTHORITY,   )
    Respondent.                 )

### DEPOSITION OF LAWRENCE PIONE,

A Witness called by and on behalf of the Respondent, before Karen M. Parlee, a Professional Court Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Massachusetts Port Authority, One Harborside Drive, Easton Boston, Massachusetts. Commencing on Friday, August 20, 2004, at 10:12 a.m.

124

1   December 20th.  And finally from Marie Bowen to
2   Michael Kelly dated January 11th 2002.
3                   (Whereupon the above-described
4                   packet of letters were marked
5                   as Exhibit No. 4)
6   (BY MR. HOCH)
7   Q.  Mr. Pione, you attended the hearing that was held
8       regarding your termination, is that correct?  You
9       went with --
10  A.  Yes.
11  Q.  -- counsel?
12  A.  Yes.
13  Q.  Did you bring anyone else with you?
14  A.  No.
15  Q.  Do you recall who was at that hearing?  It was
16      chaired by Kathleen Conlin, is that correct?
17  A.  I -- I believe she was there, I believe Tonda Lumley
18      was there.  Marie Bowen I believe was there.  I'm
19      trying to look across the table.  Oh, and I think
20      Maryann Bradley.  I'm not sure.  I don't remember if
21      anyone else was there.
22  Q.  And can you describe what happened at that meeting?
23  A.  Well, I don't --  In what -- what manner this --
24      just...

125

1  Q. I take it you walked in and sat down at a table,
2     correct?
3  A. Correct.
4  Q. How did the hearing start? Who said what?
5  A. I believe that -- Now, I don't know who -- I don't
6     know who said -- but someone said that they were
7     going to ask me questions and my attorney said that
8     they didn't want me to ask questions, that I would
9     ask the questions and she was keeping notes. And I
10    don't know, Kathleen Conlin or -- I don't know if
11    Kathleen Conlin or Marie Bowen said that that wasn't
12    the normal procedure and she said that there would
13    be no questions.
14 Q. Who said there would be not questions?
15 A. The attorney.
16 Q. Your attorney?
17 A. Yes.
18 Q. So your attorney said that Massport could not
19    question you.
20 A. Right, at that time. And then --
21 Q. Let me ask you. In fact, did Massport ask you any
22    questions at the hearing?
23 A. I'm -- I'm just going to --
24 Q. Okay. I'm sorry.

*Lee & Associates * Certified Court Reporters * (781) 848-9693*