**ORIGINAL**

```
                              VOLUME 1
                              PAGES: 1 - 54
                              EXHIBITS: See Index
```

COMMONWEALTH OF MASSACHUSETTS

MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

```
LARRY PIONE,                  )
            Complainant,      )
                              )
                              )
      vs.                     )   No. 02BEM02528
                              )
                              )
MASSACHUSETTS PORT AUTHORITY, )
            Respondent.       )
```

CONTINUED DEPOSITION of LARRY PIONE, a Witness called by and on behalf of the Respondent, taken pursuant to the applicable Massachusetts Rules of Civil Procedure, before Vincent Martino, a Notary Public within and for the Comm. Of Massachusetts, held at the offices of Sarouf, Tarricone & Flemming, No. 95 Commercial Wharf, Boston, MA 02110, on Thursday, November 4, 2004, commencing at 2:00 p.m.

```
              COPLEY COURT REPORTING
                101 Tremont Street
                 Boston, MA 02108
                   617-423-5841
```

1  myself.
2  Q.  Okay. That's helpful. Mr. Pione, let's turn to the
3  January 28, 2002 post termination hearing that Massport
4  afforded you.
5  A.  Okay.
6  Q.  Do you recall attending that hearing?
7  A.  Yes.
8  Q.  And at that hearing did either you or your lawyer
9  refuse to have you answer questions?
10 A.  My attorney did.
11 Q.  So your attorney told Massport that Mr. Pione would
12 not be answering any questions, something to that effect?
13 A.  Something to that effect.
14 Q.  Did Massport honor that request?
15 A.  I know their legal people Marie Bowen and Kathleen
16 Conlin had a little talk and then they came back and said
17 that I could and Marie Bowen said I have one question and I
18 didn't even get a chance to answer it and my attorney said
19 he's not answering it.
20 Q.  Okay.
21 A.  Then they said to go ahead and proceed with this.
22 Q.  Just so the record is clear, Kathleen Conlin was
23 the Director of Human Resources at the time and she was the
24 Hearings Officer, is that correct?
25 A.  I don't know because it seemed like Tonda was but