UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT | ) ASSENTED TO MOTION TO EXTEND TIME TO |
| | ) RESPOND TO DEFENDANT'S MOTION TO |
| | ) DISMISS |
| | ) |
|     Defendant | ) |

The parties have assented to a brief extension of time for plaintiff's counsel to respond to defendant's motion to dismiss. Good cause existed for this motion due to recent illness of plaintiff's counsel.

The parties have agreed that plaintiff's counsel shall have until February 8, 2005 to file plaintiff's opposition.

For the Plaintiff,
By His Attorney,

*Elise G. Brassil*

ELISE A. BRASSIL, ESQ., BBO#: 641411
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

For the Defendant,
By His Attorney,

*William V. Hoch*

WILLIAM V. HOCH, ESQ., BBO#546645
MASSACHUSETTS PORT AUTHORITY
ONE HARBORSIDE DRIVE
BOSTON, MA 02128
TEL.: (617) 568-3136

DATED:_____

*FILED IN CLERK'S OFFICE
2005 FEB -3 P 1:33
U.S. DISTRICT COURT
DISTRICT OF MASS.*