UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LARRY PIONE, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-12177-MLW |
| MASSACHUSETTS PORT AUTHORTY, | ) | |
| Defendant. | ) | |

**DEFENDANT MASSACHUSETTS PORT AUTHORITY'S,
CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned, counsel to the defendant and an authorized representative of the defendant, affirm that they conferred as to the establishment of a budget for the costs of conducting litigation and its alternatives. The undersigned also affirm that they have conferred as to the resolution of this litigation through the use of alternative dispute resolution.

Counsel to the Defendant                    Defendant's Authorized Representative,

/s/      William V. Hoch                    /s/ David Mackey

_____              _____
William V. Hoch, Esq.                       David Mackey
BBO #564465                                 Chief Legal Counsel
Senior Employment Counsel                   Massachusetts Port Authority
Massachusetts Port Authority                One Harborside Drive - Legal
One Harborside Drive - Legal                East Boston, Massachusetts   02128
East Boston, Massachusetts   02128          (617) 568-3140
(617) 568-3142

Date:   9/16/05                             Date:   9/16/05

Certificate of Service
    I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the plaintiff electronically and by hand on 9/19/05.

9/16/05                                     /s/      William V. Hoch
_____                              _____
Date                                        William V. Hoch