UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT | ) |
| AUTHORITY, | ) |
|     Defendant | ) |

**PROPOSED AGENDA FOR SCHEDULING CONFERENCE
PURSUANT TO LOCAL RULE 16.1**

The parties to the above entitled action have agreed that the agenda for the Scheduling Conference to be heard at 3:00 p.m. on September 19, 2005, should include:

1. Arguments on the Defendant's Motion to Dismiss; and,

2. Discussion concerning the following topics:

    i. The Joint Discovery Plan;

    ii. Proposed Schedule for Filing Motions;

    iii. Alternative Dispute Resolution; and,

    iv. Trial By Magistrate: The plaintiff will consider trial by magistrate. The Defendant agrees to trial by magistrate.

Respectfully submitted,

| | |
|---|---|
| **LARRY PIONE** | **MASSACHUSETTS PORT AUTHORITY**, |
| By his attorney | By its attorney, |
| /s/ Elise A. Brassil | /s/   William V. Hoch |
| Elise A. Brassil, Esq.<br>BBO#641411<br>Sarrouf, Tarricone & Flemming<br>95 Commercial Wharf<br>Boston, MA 02110<br>(617) 227-5800<br>eliseb@stflaw.com<br><br>Dated:  September 16, 2005 | William V. Hoch, Esq.<br>BBO #564465<br>Senior Employment Counsel<br>Massachusetts Port Authority<br>One Harborside Drive - Legal<br>East Boston, Massachusetts   02128<br>(617) 568-3142<br>whoch@massport.com |