UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12177

Larry Pione                          Massachusetts Port Authority
        PLAINTIFF                              DEFENDANT

Elise Brassil                        William Hoch

_____              _____

_____              _____

   COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

JUDGE   Wolf           CLERK   O'Leary           REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|--------|----------------|
| 9/19/05 | Court listens to parties arguments on the defendant's motion to dismiss (docket no. 7).  Court after argument |
|  | allows the motion in part as to counts 2, 5 & 6 and denies it in part as to counts 1, 3 & 4.  Court sets schedule |
|  | for the remainder of the case.  Scheduling Order to issue. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |