UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


LARRY PIONE
                    Plaintiff(s)


        v.                        CIVIL ACTION
                                  NO.  04-12177-MLW



THE MASSACHUSETTS PORT AUTHORITY
                    Defendant(s)



SCHEDULING ORDER

WOLF, D.J.



        This case is governed procedurally by the 1992 Amendments to
the Local Rules of the United States District Court for the
District of Massachusetts (the "Local Rules"), which implement the
District's Civil Justice Expense and Delay Reduction Plan.  Counsel
must, therefore, comply with the relevant Local Rules in the
litigation of this case.

        It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and
Local Rule 16(f) that:

[X]  1.  The parties shall by OCTOBER 14, 2005 make the automatic
document disclosure required by Local Rule 26.2(A) and, if
applicable, disclose the information required by Local Rule 35.1

[X]  2.  The parties shall by OCTOBER 14, 2005  make the
disclosure authorized by Local Rule 26.1(B)(1) and (2).

[X]  3.  Counsel for the parties shall meet at least once to
explore the possibility of settlement and report to the court by
DECEMBER 16, 2005   the status and prospects for settlement.

        If the case is not settled, the parties shall report whether
they wish to participate in mediation to be conducted by a
magistrate judge or attorney on the Court's panel of mediators.

[X]  4.  Plaintiff(s)  and/or  Counterclaim  or Third Party
Plaintiff(s) shall by JANUARY 6, 2006  designate experts and
disclose the information described in Fed. R. Civ. P. 26(a)(2),
concerning each expert.  Each other party shall by FEBRUARY 17,

2006 designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

[X]  5.   All discovery shall be complete by MARCH 30, 2006   .

[X]  6.   Counsel for the parties shall confer and, by APRIL 18, 2006 , file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

[X]  7.   A scheduling conference will be held on APRIL 25, 2006 at 4:00 PM   and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

[X]  8.   A final pretrial conference will be held on MAY 11, 2006 at 4:00 PM   and must be attended by trial counsel with full settlement authority or with their client.   Counsel shall be prepared to commence trial as of the date of the final pretrial conference.

[X]  9.   Trial shall commence on MAY 22, 2005   .

All provisions and deadlines contained in this Order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.
        Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the Court or upon the request of counsel.


                              By the Court,
                              DENNIS P. O'LEARY



September 20, 2005               /s/ Dennis O'Leary
Date                            Deputy Clerk