UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12177-MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS PORT | ) |
| AUTHORITY, | ) |
| | ) |
|     Defendant | ) |

## JOINT SCHEDULING CONFERENCE STATEMENT

Now come the parties to this action and jointly file the following statement as required by the Court's Scheduling Order and in anticipation of an April 25, 2006, Scheduling Conference.

1. The parties have discussed the possibility of settlement. Plaintiff has refused to compromise his settlement demand of $800,000.00. Defendant is unwilling to enter negotiations on this basis.

2. Based upon Plaintiff's deposition testimony, Defendant believes there is a proper basis for filing a Motion for Summary Judgment on all counts and intends to file such a motion.

Respectfully submitted,

| | |
|---|---|
| LARRY PIONE | MASSACHUSETTS PORT AUTHORITY, |
| By his attorney, | By its attorney, |
| /s/    Elise A. Brassil | /s/    William V. Hoch |
| _____ | _____ |
| Elise A. Brassil, Esq. | William V. Hoch, Esq. |
| BBO# 641411 | BBO #564465 |
| Sarrouf, Tarricone & Flemming | Senior Employment Counsel |
| 95 Commercial Wharf | Massachusetts Port Authority |
| Boston, MA  02110 | One Harborside Drive - Legal |
| (617) 227-5800 | East Boston, Massachusetts  02128 |
| eliseb@stflaw.com | (617) 568-3142 |
| Dated:  April 19, 2006 | whoch@massport.com |