UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12177-MLW

| | | |
|---|---|---|
| LARRY PIONE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS PORT | ) | |
| AUTHORITY, | ) | |
| | ) | |
|     Defendant | ) | |

## JOINT PROPOSED SCHEDULE FOR FILING SUMMARY JUDGMENT

Now come the parties to this action and jointly request that the court approve the following schedule for Defendant to file a Motion for Summary Judgment:

1.    Defendant will file a Motion for Summary Judgment on or before June 2, 2006.

2.    Plaintiff will file an opposition to Defendant's Motion for Summary Judgment on or before July 7, 2006.

3.    Defendant will file a Reply Brief, if necessary, on or before July 21, 2006.

Respectfully submitted,

LARRY PIONE                          MASSACHUSETTS PORT AUTHORITY,

By his attorney,                         By its attorney,

/s/    Elise A. Brassil                   /s/    William V. Hoch
_____          _____
Elise A. Brassil, Esq.                   William V. Hoch, Esq.
BBO# 641411                          BBO #564465
Sarrouf, Tarricone & Flemming            Senior Employment Counsel
95 Commercial Wharf                      Massachusetts Port Authority
Boston, MA  02110                        One Harborside Drive - Legal
(617) 227-5800                           East Boston, Massachusetts   02128
eliseb@stflaw.com                        (617) 568-3142
                                         whoch@massport.com

Dated:  April 25, 2006