UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LARRY PIONE**                                 CIVIL CASE
                                                       NO. 04-12177-MLW

v.

**MASSPORT AUTHORITY**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **PRE-TRIAL CONFERENCE** currently scheduled for **MAY 11, 2006** at **3:00 P.M.** and the **TRIAL** currently scheduled for **MAY 22, 2006** at **9:00 AM** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

                                                                          SARAH A. THORNTON
                                                                          CLERK OF COURT

**May 11, 2006**                                  By:    **/s/ Dennis O'Leary**
Date                                                      **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                              [ntchrgcnf.]