UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12177-MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS PORT AUTHORITY, | ) |
| | ) |
|     Defendant | ) |

### ASSENTED TO AMENDED SCHEDULE FOR FILING SUMMARY JUDGMENT

Now comes the defendant Massachusetts Port Authority and requests that the court approve the following amended schedule for the filing of defendant's Motion for Summary Judgment, plaintiff's opposition, and defendant's reply brief:

1.  Defendant will file a Motion for Summary Judgment on or before June 9, 2006.

2.  Plaintiff will file an opposition to defendant's Motion for Summary Judgment on or before July 21, 2006.

3.  Defendant will file a Reply Brief, if necessary, on or before August 4, 2006.

In support of this motion, the defendant states that additional time is necessary to fully address the issues raised in its Motion for Summary Judgment. In addition, the defendant states that the plaintiff assents to this motion.

        Respectfully submitted,

        MASSACHUSETTS PORT AUTHORITY,

        By its attorney,

        /s/   William V. Hoch

        _____
        William V. Hoch, Esq.
        BBO #564465
        Senior Employment Counsel
        Massachusetts Port Authority
        One Harborside Drive - Legal
        East Boston, Massachusetts   02128
        (617) 568-3142
        whoch@massport.com

Dated:  June 2, 2006

## CERTIFICATE OF SERVICE

I, William V. Hoch, hereby certify that I filed this Motion electronically on June 2, 2006, and service was made on counsel for the plaintiff electronically.

        /s/   William V. Hoch
        _____
        William V. Hoch