UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT | ) |
| AUTHORITY, | ) |
|     Defendant | ) |

### PLAINTIFF'S UNOPPOSED EMERGENCY MOTION TO PERMIT LATE FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Larry Pione respectfully requests that this Court consider its allowance of Plaintiff's Emergency Motion to Permit Late Filing of Plaintiff's Opposition to the Defendant, Motion For Summary Judgment. The plaintiff states that good case exists for this motion. Plaintiff's attorney, Elise A. Brassil's trial schedule, motion schedule, family responsibilities and employment search, did not permit for an earlier response. Counsel for the defendant has no opposition to this Motion.

Kindly accept the late filing of this Opposition.

Plaintiff, Larry Pione,
By His Attorney,

/s/ *[signature]*
CAMILLE F. SAROUFF, BBO#442440
ELISE A. BRASSIL, ESQ., BBO#: 641411
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

DATED: Aug 21, 2006

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| THE MASSACHUSETTS PORT<br>AUTHORITY,<br>    Defendant | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Camille F. Sarrouf, hereby certify that I have served a copy of the within Plaintiff's Unopposed Emergency Motion to Permit Late Filing of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Opposition to Defendant's Motion For Summary Judgment on all counsel of record listed below by electronic filing and hand delivery to:

William V. Hoch, Esq.
Massachusetts Port Authority
One Harborside Drive
Boston, MA 02128

_____
Camille F. Sarrouf

Dated: Aug 22, 2006