UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LARRY PIONE**

**V**

CIVIL ACTION
NO. 04-12177-MLW

**THE MASSACHUSETTS PORT AUTHORITY**

**NOTICE**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING** on the defendant's Motion for Summary Judgment **FEBRUARY 16, 2007** at **3:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

SARAH THORNTON, CLERK

**December 18, 2006**          By:   **/s/ Dennis O'Leary**
Date                                 Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                      [ntchrgcnf.]