UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY PIONE )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>MASSACHUSETTS PORT )<br>AUTHORITY )<br>　　　　Defendant. ) | Civil Action No. 04 12177 MLW |

## ASSENTED TO MOTION TO RESCHEDULE
## SUMMARY JUDGMENT MOTION HEARING

Now comes the Defendant Massachusetts Port Authority and respectfully requests that the Court reschedule the motion hearing on Defendant's Motion for Summary Judgment until March 7, 2007. The motion hearing is currently scheduled for February 16, 2007, at 3:00 pm. On February 16, 2007, counsel for Defendant will be on a week-long family vacation out of state which was planned prior to receiving notice of the motion hearing. In addition, counsel for plaintiff will be out of state until the beginning of April but will be in Boston on March 7, 2007. Accordingly, counsel requests that the motion hearing be rescheduled until March 7, 2007.

　　　　Counsel for the plaintiff has assented to this motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MASSACHUSETTS PORT AUTHORITY
　　　　　　　　　　　　　　　　　　　　　By its Attorney,


　　　　　　　　　　　　　　　　　　　　　 /s/      William V. Hoch
　　　　　　　　　　　　　　　　　　　　　William V. Hoch, Esquire
　　　　　　　　　　　　　　　　　　　　　B.B.O. #564465
　　　　　　　　　　　　　　　　　　　　　Massachusetts Port Authority
　　　　　　　　　　　　　　　　　　　　　One Harborside Drive – Suite 200S
　　　　　　　　　　　　　　　　　　　　　East Boston, Massachusetts  02128
　　　　　　　　　　　　　　　　　　　　　(617) 568-3131

Dated: January 29, 2007

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and I understand that it will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and I will ensure that paper copies are sent to those indicated as non-registered participants on January 29, 2007.

      /s/     William V. Hoch
             WILLIAM V. HOCH