UNITED STATES DISTRICT COURT OF THE
DISTRICT OF MASSACHUSETTS

C.A.NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FIRM NAME CHANGE

Please WITHDRAW the appearance of Sarrouf, Tarricone & Flemming as attorney for the plaintiff, Larry Pione, in the above-entitled case.

Please enter the APPEARANCE as counsel for the plaintiff, Larry Pione, in the above-entitled case as follows:

> Camille F. Sarrouf, Esq.
> Sarrouf Corso, LLP
> 95 Commercial Wharf
> Boston, MA 02110
> Tel.: (617) 227-5800

> Respectfully Submitted,
> By his Attorney,

> /s/ Camille F. Sarrouf
> CAMILLE F. SARROUF, ESQ.
> BBO#: 442440

Dated: February 6, 2007