UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412177MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS PORT AUTHORITY, | ) |
| | ) |
|     Defendant | ) |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please withdraw my appearance as attorney for the Plaintiff in the above entitled action. Please note that Attorney Camille Sarrouf, Sr. continues as the Plaintiff's counsel.

    Respectfully submitted,
For the Plaintiff
By his attorney,

/s/ Elise A. Brassil
Elise A. Brassil, Esq. BBO#641411
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110

Dated: October 1, 2006