UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12177

| Larry Pione | Mass Port Authority |
|---|---|
| PLAINTIFF | DEFENDANT |
| Camille Sarouf | William Hoch |

   COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/6/07 | Court listens to oral arguments from the parties. |
| | By agreement of the parties the remaining intentional and negligent infliction of emotional distress claims are withdrawn. Court recesses briefly before rendering its decision. Court gives his decision in part and orders the parties to return at 4:00 for the rest of its decision. Court orders the parties to confer and discuss settlement before returning this afternoon. Court resumes at 4:37. Court gives its decision for granting the defendant's motion for summary judgment as to the contract and defamation claim and denies without prejudice with regard to the FMLA /retaliation claim. Court recesses to the lobby with counsel and sets a schedule for the remainder of the case up to and including trial. Pre-trial order to issue. |