```
                    DISTRICT OF MASSACHUSETTS

LARRY PIONE,                    )
                                )
        Plaintiff,              )
                                )
        v.                      )   C.A. NO. 04-12177-MLW
                                )
MASSACHUSETTS PORT AUTHORITY    )
                                )
        Defendant.              )
```

## ORDER

WOLF, D.J.                                            March 7, 2007

For the reasons stated in court on March 6, 2007, it is hereby ORDERED that:

1. By agreement of the parties, the remaining claims for intentional and negligent infliction of emotional distress (Counts 5 and 6) are WITHDRAWN.

2. The defendant's Motion for Summary Judgment (Docket No. 25) is ALLOWED as to Counts 3 (breach of contract) and 4 (defamation), but DENIED without prejudice as to Count 1 (willful violation of the Family Medical Leave Act).

3. Counsel shall, by March 30, 2007, meet and report to the court whether the case has been settled and, if not, whether it should be stayed for mediation.

4. The parties shall comply with the attached Pretrial Order.

                                    /s/ Mark L. Wolf
                                　　 UNITED STATES DISTRICT JUDGE