UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY PIONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-12177-MLW |
| ) | |
| THE MASSACHUSETTS PORT ) | |
| AUTHORTY, ) | |
| ) | |
| Defendant. ) | |

### CORRECTED STATUS REPORT AND REQUEST TO SCHEDULE MEDIATION

     On March 6, 2007, the Court requested that the parties confer about settlement and notify the court by March 30, 2007, whether the parties would agree to a court sponsored mediation. After discussing settlement, the parties have agreed to mediate this case and request that the Court refer this matter for mediation. At present, plaintiff's counsel is out of state, but assents to the filing of this status report.

     Plaintiff's counsel has indicated he is available, and defense counsel is available, to mediate this matter on April 18 and April 25. Plaintiff's counsel has also indicated that he is free any day in May other than May 9, May 10, or May 17. Defense counsel will make himself available on the date that the mediation is scheduled.

Respectfully submitted,

**MASSACHUSETTS PORT AUTHORITY**,

By its attorney,

/s/     William V. Hoch
_____
William V. Hoch, Esq.
BBO #564465
Senior Employment Counsel
Massachusetts Port Authority
One Harborside Drive - Legal
East Boston, Massachusetts   02128
(617) 568-3142

Dated:  April 2, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and I understand that it will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and I will ensure that paper copies are sent to those indicated as non-registered participants on March 30, 2007.

                                              /s/    William V. Hoch
                                              _____
                                                William V. Hoch