UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>LARRY PIONE</u>
                 Plaintiff(s)

         CIVIL ACTION

    V.

NO.  <u>04-12177-MLW</u>

<u>THE MASSACHUSETTS PART AUTHORITY</u>
                 Defendant(s)

<u>ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

      After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to for the following ADR program:

    ____    EARLY NEUTRAL EVALUATION      <u> X </u>  MEDIATION
    ____    MINI-TRIAL                                ____    SUMMARY JURY TRIAL
    ____    SETTLEMENT CONFERENCE           ____    SPECIAL MASTER
    ____    PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

      Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

<u>March 9, 2007</u>                     <u>/s/ Mark L. Wolf</u>
       DATE                                UNITED STATES DISTRICT JUDGE

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | <u> X </u> | | |

(adrrefl.ord - 4/29/94)                                            [orefadr.]