UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12177-MLW

| | |
|---|---|
| LARRY PIONE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS PORT AUTHORITY, | ) ) |
| | ) |
|     Defendant | ) |

## JOINT MOTION TO AMEND PROCEDURAL ORDER RE: FINAL PRETRIAL CONFERENCE/TRIAL

Now come the parties to this action and jointly request that the Court Amend its Procedural Order dated March 7, 2007, to allow additional time to file pre-trial pleadings. In support of this motion, the parties state as follows:

1. The Procedural Order requires that pre-trial memoranda, trial documents, motions in limine, and motions to reconsider the Court's ruling on the defendant's motion for summary judgment as to count I be filed by April 20, 2007, with all objections to these documents filed by April 30, 2007.

2. The parties are scheduled for mediation on May 1, 2007, and are actively engaged in attempts to settle this matter.

3. There is a pre-trial conference scheduled for May 16, 2007.

4. The parties require additional time to prepare the documents due on April 20, 2007.

5. Accordingly, the parties request that the Court amend its Procedural Order dated March 7, 2007, to extend the date for filing all documents identified in paragraph 1 above to May 4, 2007, with responses filed on May 11, 2007.

Respectfully submitted,

| | |
|---|---|
| LARRY PIONE | MASSACHUSETTS PORT AUTHORITY, |
| By his attorney, | By its attorney, |
| /s/   Camille F. Sarrouf | /s/   William V. Hoch |
| Camille F. Sarrouf, Esq. | William V. Hoch, Esq. |
| BBO#  442440 | BBO #564465 |
| Sarrouf Corso, LLP | Senior Employment Counsel |
| 95 Commercial Wharf | Massachusetts Port Authority |
| Boston, MA  02110 | One Harborside Drive - Legal |
| (617) 227-5800 | East Boston, Massachusetts   02128 |
| cfs@sarroufcorso.com | (617) 568-3142 |
| | whoch@massport.com |

Dated:  March 28, 2006