UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY PIONE,            )<br>                                      )<br>            Plaintiff,        )<br>    v.                                )<br>                                      )<br>MASSACHUSETTS PORT )<br>AUTHORITY,                 )<br>                                      )<br>            Defendant.     ) | CIVIL ACTION<br>NO. 04-12177-MLW |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE WOLF

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On ___May 1, 2007___, I held the following ADR proceeding:

      _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

      ___X___ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                                  / s / Judith Gail Dein
                                       Judith Gail Dein, U.S. Magistrate Judge
DATED: May 1, 2007                        ADR Provider